# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:24CR-129 |
| Plaintiff, | : | Judge J. COLE |
| v. | : | **INDICTMENT** |
| | : | 21 U.S.C. § 841(a)(1) |
| **QUINTEN MCCOMMONS,** | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| Defendant. | : | |
| | : | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES**:

## COUNT ONE
### (Distribution of Methamphetamine)

On or about October 25, 2023, in the Southern District of Ohio, the defendant, **QUINTEN MCCOMMONS**, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).**

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

On or about November 9, 2023, in the Southern District of Ohio, the defendant, **QUINTEN MCCOMMONS**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The mixture and substance containing a detectable amount of methamphetamine was located in the defendant's pocket.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).**

## COUNT THREE
### (Possession with Intent to Distribute Methamphetamine)

On or about November 9, 2023, in the Southern District of Ohio, the defendant, **QUINTEN MCCOMMONS**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance. The methamphetamine was located in the defendant's residence, 1395 Tallberry Drive, Cincinnati, Ohio.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in Counts One, Two, and/or Three of this Indictment, the defendant, **QUINTEN MCCOMMONS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s) including, but not limited to, approximately $2,350.00 in United States currency.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/

GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

DAVID P. DORNETTE
ASSISTANT UNITED STATES ATTORNEY